| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------- X<br><br>SECURITIES AND EXCHANGE<br>COMMISSION,<br><br>                            Plaintiff,<br>           -v-<br><br>IRB BRASIL RESSEGUROS S.A.,<br><br>                          Defendant.<br>------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 5/11/2023<br><br><br><br>1:23-cv-3905-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

      The Court declines to consider the parties' proposed judgment at Dkt. No. 4. Plaintiff failed to follow the Court's Individual Rules—specifically Rule 1(F), which requires, *inter alia*, that "immediately following the filing of any proposed order or stipulation, parties are directed to submit a joint letter to the Court." The Court's rule embodies the commonsense proposition that a court should not be expected to sign any proposed judgment filed on the docket without an accompanying application by a party and an explanation for the request. In this case, the Court expects that any letter and accompanying affidavits would provide the legal and factual basis for the Court to conclude that the proposed final judgment presented to the Court by the Securities and Exchange Commission is fair and reasonable, and that it would not disserve the public interest. *See S.E.C. v. Citigroup Global Markets, Inc.*, 752 F.3d 285, 294 (2d Cir. 2014). The submission should specifically address the factors described in *Citigroup*. *See id.* at 294-95.

      Additionally, counsel for Defendant is directed to enter a notice of appearance in this case.

Counsel for Plaintiff is directed to serve this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: May 11, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge